FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 2 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA 10-70 |
| Plaintiff, | ORDER OF DETENTION |
| vs. Flores-Nava, Reveriano | |
| Defendant. | |

## I.

A. ( ) On motion of the Government in a case allegedly involving:

    1. ( ) a crime of violence.

    2. ( ) an offense with maximum sentence of life imprisonment or death.

    3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

    5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.   (X)   On motion by the Government/( ) on Court's own motion, in a case
2           allegedly involving:
3      ( )   On the further allegation by the Government of:
4           1.   (X)   a serious risk that the defendant will flee.
5           2.   ( )   a serious risk that the defendant will:
6                a.   ( )   obstruct or attempt to obstruct justice.
7                b.   ( )   threaten, injure or intimidate a prospective witness or
8                     juror, or attempt to do so.
9  C.   The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10      condition or combination of conditions will reasonably assure the defendant's
11      appearance as required and the safety or any person or the community.
12
13                              **II.**
14 A.   (X)   The Court finds that no condition or combination of conditions will
15           reasonably assure:
16      1.   (X)   the appearance of the defendant as required.
17           ( )   and/or
18      2.   ( )   the safety of any person or the community.
19 B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence
20           to the contrary the presumption provided by statute.
21
22                              **III.**
23      The Court has considered:
24 A.   (✘)   the nature and circumstances of the offense(s) charged, including whether
25           the offense is a crime of violence, a Federal crime of terrorism, or involves
26           a minor victim or a controlled substance, firearm, explosive, or destructive
27           device;
28 B.   (✘)   the weight of evidence against the defendant;

1  C.   (✘)   the history and characteristics of the defendant; and
2  D.   (✘)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   (✘)   As to flight risk:

Backgrd cmty ties unknown; bail resources unknown; Illegal immigr status

B.   ( )   As to danger:

|    |    |    |    |
|---:|----|----|----|
| 1  |    | **VI.** | |
| 2  | A. | ( ) | The Court finds that a serious risk exists the defendant will: |
| 3  |    | 1. ( ) | obstruct or attempt to obstruct justice. |
| 4  |    | 2. ( ) | attempt to/ ( ) threaten, injure or intimidate a witness or juror. |
| 5  | B. | The Court bases the foregoing finding(s) on the following: | |
| 6  |    | _____ | |
| 7  |    | _____ | |
| 8  |    | _____ | |
| 9  |    |    |    |
| 10 |    | **VII.** | |
| 11 | A. | IT IS THEREFORE ORDERED that the defendant be detained prior to trial. | |
| 12 | B. | IT IS FURTHER ORDERED that the defendant be committed to the custody of | |
| 13 |    | the Attorney General for confinement in a corrections facility separate, to the | |
| 14 |    | extent practicable, from persons awaiting or serving sentences or being held in | |
| 15 |    | custody pending appeal. | |
| 16 | C. | IT IS FURTHER ORDERED that the defendant be afforded reasonable | |
| 17 |    | opportunity for private consultation with counsel. | |
| 18 | D. | IT IS FURTHER ORDERED that, on order of a Court of the United States or on | |
| 19 |    | request of any attorney for the Government, the person in charge of the | |
| 20 |    | corrections facility in which defendant is confined deliver the defendant to a | |
| 21 |    | United States marshal for the purpose of an appearance in connection with a | |
| 22 |    | court proceeding. | |
| 23 |    |    |    |
| 24 | DATED: 2/23/10 | | |
| 25 |    | ROBERT N. BLOCK<br>UNITED STATES MAGISTRATE JUDGE | |
| 26 |    |    |    |
| 27 |    |    |    |
| 28 |    |    |    |